NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEW JERSEY BUILDING LABORERS
STATEWIDE BENEFIT FUNDS AND
THE TRUSTEES THEREOF,

Petitioners,

v.

LACONTI CONCRETE & MASONRY,
INC.,

Respondent.

Civ. No. 13-6088

**OPINION**

THOMPSON, U.S.D.J.

This matter has come before the Court on a Motion to Confirm the Arbitration Award brought by Petitioners New Jersey Laborers Statewide Benefit Funds ("Funds") and the Trustees thereof ("Trustees") (collectively, "Petitioners"). (Docket Entry No. 2). This motion is unopposed by Respondent Laconti Concrete & Masonry, Inc. ("Respondent"). The Court has decided this matter after considering the parties' written submissions and without holding oral argument pursuant to Federal Rule of Civil Procedure 78(b).

Pursuant to 9 U.S.C. § 9, this Court has jurisdiction to enforce the awards of arbitrators. Having considered the written submissions of Petitioners in light of Respondent's failure to oppose the motion, and for good cause shown, the Court grants Petitioners' Motion to Confirm the Arbitration Award. An appropriate order accompanies this opinion.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.

Date: 10/31/13